PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MISSOURI _____ DIVISION |
|---|---|
| Name (under which you were convicted): HUBERT LEWIS HARRIS | Docket or Case No.: 1622-03393 |
| Place of Confinement: Southeast Corr. Center | Prisoner No.: 1179342 |
| Petitioner: (include the name under which you were convicted): HUBERT LEWIS HARRIS | Respondent: (authorized person having custody of petitioner): BILL STANGE |

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   St. Louis City Circuit Court., St. Louis, MO

   (b) Criminal docket or case number (if you know): 1622-03393

2. (a) Date of the judgment of conviction (if you know): August 9, 2018

   (b) Date of sentencing: December 14, 2018

3. Length of sentence: Life with no parole + 100 years (CS)

4. In this case, were you convicted of more than one count or of more than one crime? ☐ Yes ☐ No

5. Identify all crimes which you were convicted and sentenced in this case:
   Murder First Degree - Life no parole
   Armed Criminal Action - 100 years

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty              ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty                  ☐ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   (c) If you went to trial, what kind of trial did you have? (Check one)

   ☒ Jury        ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? ☐ Yes ☒ No

8. Did you appeal from the judgment of conviction? ☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Mo. Ct. of Appeals - Eastern District

(b) Docket or case number (if you know): ED107459

(c) Result: Affirmed

(d) Date of result (if you know): MAY 5, 2020

(e) Citation to the case (if you know): 604 S.W. 3d 882

(f) Grounds raised: TRIAL COURT ERRED IN DENYING DEFENDANT'S MOTION FOR MISTRIAL.

(g) Did you seek further review by a higher state court? ☒ Yes ☐ No

If yes, answer the following:

(1) Name of court: Missouri Supreme Court

(2) Docket or case number (if you know): SC98599

(3) Result: Affirmed

(4) Date of result (if you know): September 1, 2020

(5) Citation to the case (if you know): 2020 Mo. Lexis 313

(6) Grounds raised: TRIAL COURT ERRED IN DENYING DEFENDANT'S MOTION FOR MISTRIAL.

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning the judgment of conviction in any state court? ☒ Yes ☐ No

11. If you answer to Question was "Yes," give the following information:

(a) (1) Name of court: St. Louis City Circuit Court

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): December 10, 2020

  (4) Nature of the proceeding: Post Conviction - Pro Se Form 40

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes ☐ No

  (7) Result: _____

  (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

  (1) Name of court: St. Louis City Circuit Court

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): June 18, 2021

  (4) Nature of the proceeding: Amended Motion - Form 40

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☒ Yes ☐ No

  (7) Result: Denied

  (8) Date of result (if you know): March 16, 2022

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: Mo. Ct. of Appeals Eastern District

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): November 21, 2022

  (4) Nature of the proceeding: Appeal of Denial Post Conviction

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: __Affirmed__

(8) Date of result (if you know): __April 18, 2023__

(d) Did you appeal to the highest state court having jurisdiction over the action on your petition, application, or motion?

    (1) First petition:   ☒ Yes   ☐ No

    (2) Second petition:  ☒ Yes   ☐ No

    (3) Third petition:   ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** __TRIAL COURT DENIED DEFENDANTS MOTION FOR MISTRIAL__

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

    The prosecution played portions of a video it selected to a deliberating jury without the presence of the Trial Judge, defendant or trial counsel.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise the issue? ☒ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  ☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):




(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** TRIAL COUNSEL FAILED TO INVESTIGATE MENTAL DEFECT

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:
TRIAL COUNSEL FAILED TO INVESTIGATE DEFENDANTS MENTAL STATE. DEFENDANT HAD BEEN ENROLLED IN TREATMENT COURT AND HAD BEEN RECEIVING SOCIAL SECURITY BENEFITS. TRIAL COUNSEL COULD HAVE DEVELOPED A DEFENSE OF DIMINISHED CAPACITY.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
NOT COGNIZABLE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: AMENDED MOTION - APPEAL OF 29.15

Name and location of the court where the motion or petition was filed:
ST. LOUIS CITY CIRCUIT COURT
EASTERN DISTRICT COURT OF APPEALS

Docket or case number (if you know): _____

Date of court's decision: APPEAL 29.15 DENIED APRIL 18, 2023

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:


**GROUND THREE:**   INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:
APPELLATE COUNSEL FAILED TO ASSERT THE CLAIM OF ERROR REGARDING THE MOTION COURT'S ABUSE OF DISCRETION IN DENYING A MOTION FOR CONTINUANCE BASED ON NEWLY DISCOVERED EVIDENCE.

(b) If you did not exhaust your state remedies on Ground Three, explain why:


(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise the issue? ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:
APPELLATE COUNSEL FAILED TO ASSERT THE ISSUE.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: AMENDED MOTION – APPEAL OF 29.15

Name and location of the court where the motion or petition was filed:
ST. LOUIS CITY CIRCUIT COURT
EASTERN DISTRICT COURT OF APPEALS

Docket or case number (if you know): _____

Date of court's decision: APRIL 18, 2023

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** _____

   (a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

   (b) If you did not exhaust your state remedies on Ground Four, explain why:

   (c) **Direct Appeal of Ground Four:**

     (1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes ☐ No

     (2) If you did not raise this issue in your direct appeal, explain why:

   (d) **Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☐ No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition: _____

     Name and location of the court where the motion or petition was filed:

     Docket or case number (if you know): _____

     Date of court's decision: _____

     Result (attach a copy of the court's opinion or order, if available):

     (3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☒ Yes  ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and

the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing

    (b) At arraignment and plea:   STEPHEN RANZ
    1010 Market Street., Suite 1100
    St. Louis, MO 63101

    (c) At trial:   STEPHEN RANZ
    1010 Market Street., Suite 1100
    St. Louis, MO 63101

    (d) At sentencing:   STEPHEN RANZ
    1010 Market Street., Suite 1100
    St. Louis, MO 63101

    (e) On appeal:   GRANT SHOSTAK
    800 Bonhomme Ave, Suite 313
    St. Louis, MO 63105

    (f) In any post-conviction proceeding:   KEVIN WHITELEY
    222 South Central Ave., Suite 1000
    St. Louis, MO 63105

    (g) On appeal from any ruling against you in a post-conviction proceeding:   KEVIN SCHRIENER
    231 Bemiston Ave., Suite 800
    Clayton, MO 63105

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C § 2244(d) does not bar your petition.*


*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the court grant the following relief or any other relief to which petitioner may be entitled:

_____
Signature of Attorney (if any)

Case: 1:24-cv-00001-RHH    Doc. #: 1    Filed: 01/03/24    Page: 13 of 16 PageID #: 13

I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct and that this petition for Writ of Habeas Corpus was placed in the prison mailing system on 12/29/23 (month, date, and year).

_____
Signature of Petitioner

Executed (signed) on: 12/29/2023 (date)

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

HUBERT LEWIS HARRIS )
Petitioner, )
)
v. )
) Case No. _____
BILL STANGE )
Respondent. )

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND AFFIDAVIT IN SUPPORT - HABEAS CASES

I HUBERT LEWIS HARRIS declare (1) that I am the petitioner in this case; (2) that because of my poverty I am unable to pay the filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows.

In further support of this application, I answer the following questions:

1. Place of confinement of petitioner:
   Southeast Correctional Center

2. Crime(s) for which you have been convicted, date and sentence on each:
   1st Degree Murder., Life with no parole
   Armed Criminal Action ., 100 years

3. Are you presently employed?        Yes\_\_\_\_\_    No **X**

   a. If the answer is 'yes' state the amount of your salary or wages per month and give the name and address of your employer.

   b.   If the answer is 'no' state the date of last employment and the amount of the salary and wages per month which you received.

      N/A

4. Have you received within the past twelve (12) months, money from any of the following sources?

| | Yes | No |
|---|---|---|
| Business profession or form of self-employment, | | X |
| Rent payments interest or dividend, | | X |
| Pensions annuities or life insurance payments, | | X |
| Gifts or inheritances, | | X |
| Any other sources. | | X |

If the answer to any of the above is 'yes' describe the source and amount of money received from each during the past twelve (12) months.

5. Do you own any cash or do you have money in a checking or savings account? Include any funds in your prison account. Yes ___ No **X**

If the answer is 'yes' state the total amount of cash owned, and the balance in all checking savings or prison accounts.

6. Do you own real estate stocks bonds notes automobiles, or other valuable property (excluding ordinary household furnishings and clothing)    Yes ___ No **X**

If the answer is 'yes' describe the property and state its approximate value.

2

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.
        Executed (signed) this    19  day of December 20 23 .

_____
(Signature of petitioner)

---

### Certificate

I certify that the applicant named herein has the sum of $ _____ on account to his or her credit at the _____ institution where he or she is confined. I further certify that the applicant likewise has the following securities to his or her credit according to the records of said institution:

KELLY SCORZAFAVA
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES FEBRUARY 8, 2025
MISSISSIPPI COUNTY
COMMISSION #21494656

_____
Authorized Officer of Institution

3